Moses Robinson and Others, Appellants, James Clark and Others, Plaintiffs, v. James J. Bambrick, Individually and as President of Local 32-B of the Building Service Employees' International Union, and Others, Respondents.— Order so far as appealed from unanimously reversed, with twenty dollars costs and disbursements, and the motion in all respects granted. The matter pleaded constitutes no defense to the claim of the union to recover the funds alleged to have been misappropriated by the defendants. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of John T. Scanlon and Scanlon-Silverman Corporation, Petitioners, for a Certiorari Order against Louis H. Pink (George S. Van Schaick), as Superintendent of Insurance of the State of New York, Respondent.— Order of certiorari dismissed and determination of respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; McAvoy, J., dissents and votes to sustain the order of certiorari and annul the determination, on the ground that there was not sufficient proof to make such determination.

Margaret W. Donald, Appellant, v. The City of New York and Charles Buckley, Defendants, Respondents, and Ætna Casualty and Surety Company and Others, Impleaded-Defendants, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Joseph von Vass and John Halmagyi, Respondents, v. William H. Coverdale and Others, Appellants, and George O. Laszlo and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Rose Fischer, for Herself and All Others Similarly Situated, Respondent, v. The North American Company and Others, Appellants, Impleaded with Others. — Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

The People of the State of New York, Respondent, v. Barney Weinstein, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Harry Moore Guest, Respondent, v. Alexander A. Robbins, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Henry H. Klein, Respondent, v. Daily Mirror, Inc., and Others, Appellants.— Order unanimously modified by denying the motion to strike out the "First," "Second" and "Third" partial defenses, and as so modified affirmed, with twenty dollars costs and disbursements to the appellants, with leave to the defendants to serve a further amended answer within ten days from service of order. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Lyman B. Lockwood, Respondent, v. William N. Davidson, Appellant.— Judgment and order unanimously reversed, with costs, and the motion denied, on the ground that there are questions of fact involved which can be disposed of only on a trial. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.